

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SCOTT, JR.,<br><br>Defendant. | ) Cr. No. 06-2551-GT<br>) Cr. No. 06-2552GT<br>)<br>) ORDER<br>)<br>) |

On March 5, 2007, defense counsel for Joseph Scott electronically filed Objections to the PSR. The hearing date for the OSC was set for March 12, 2007. Under the Local Rules, all criminal motions and objections must be filed at least 14 days prior to the hearing date. With the commencement of the electronic filing system, all attorneys were put on an "honor system" whereby they were not to file late motions or objections without explicit leave of the Court. Defense counsel did not request nor receive leave of the Court to file these objections late. Accordingly,

//

1  **IT IS ORDERED** that Defendant's Objections to the PSR are to be stricken from the record
2  and deemed not filed.
3  **IT IS SO ORDERED.**

_March 10, 2007_
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel